IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIRK M. HARTSFIELD,

    Plaintiff,

v.                                      CASE NO. 4:12cv220-RH/CAS

CAROLYN W. COLVIN,

    Defendant.

_____/

## ORDER AFFIRMING DENIAL OF BENEFITS

This case is before the court on the magistrate judge's report and recommendation ECF No. 15, and the objections, ECF No. 16. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying benefits is AFFIRMED. The clerk must enter judgment and close the file.

SO ORDERED on June 21, 2013.

                                              s/Robert L. Hinkle
                                              United States District Judge